UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 04-CIV-61303-COOKE/BROWN

MARILYN PATRICE SIMMONS,

    Plaintiffs,

v.

VITAS HEALTHCARE CORP., *et al.*,

    Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Stephen T. Brown, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion to Reopen Civil Rights Case (DE 202), filed December 14, 2006. On May 7, 2007, Judge Brown issued a Report and Recommendation in which he recommended that Plaintiff's Motion be denied. On May 17, 2007, Plaintiff filed her Objections to Judge Brown's Report and Recommendation. This Court has made a *de novo* review of the record and Plaintiff's Objections to Judge Brown's Report and Recommendation. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Stephen T. Brown's Report and Recommendation (DE 210) is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion to Reopen Civil Rights Case (DE 202) is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of August, 2007.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*

*The Honorable Stephen T. Brown, United States Magistrate Judge*

*All Counsel of Record*

*Marilyn Patrice Simmons, pro se*